**JODI D. THORP**
California State Bar No. 223663
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile:  (619) 687-2666
jodi_thorp@fd.org

Attorneys for Defendant Valenzuela-Guzman

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07MJ2440-02 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| JORGE VALENZUELA-GUZMAN, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Jodi D. Thorp, and Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: October 17, 2007                              _s/ Jodi D. Thorp_
                                                      **JODI D. THORP**
                                                      Federal Defenders of San Diego, Inc.
                                                      Attorneys for Defendant
                                                      jodi_thorp@fd.org