UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV 21 AM 9:11
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JORGE VALENZUELA-GUZMAN,

        Defendant.

CASE NO. 07CR3060-WQH

JUDGMENT OF DISMISSAL

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: __21 USC 952 AND 960; 18 USC 2 IMPORTATION OF COCAINE AND AIDING AND ABETTING__

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 20, 2007

_____
WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____